FILED:  May 1, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1537
(1:20-cv-01094-BAH)

_____

DEBORAH BRADLEY, on behalf of herself and all others similarly situated

        Plaintiff - Appellant

v.

DENTALPLANS.COM; CIGNA HEALTH AND LIFE INSURANCE
COMPANY

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:20-cv-01094-BAH |
| Date notice of appeal filed in originating court: | 04/28/2026 |
| Appellant(s) | Deborah Bradley |
| Appellate Case Number | 26-1537 |
| Case Manager | R. Phillips 804-916-2702 |