FILED: September 1, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1537
(1:20-cv-01094-BAH)

---

DEBORAH BRADLEY, on behalf of herself and all others similarly situated

Plaintiff - Appellant

v.

DENTALPLANS.COM; CIGNA HEALTH AND LIFE INSURANCE COMPANY

Defendants - Appellees

------------------------------

NATIONAL CONSUMER LAW CENTER

Amicus Supporting Appellant

---

O R D E R

---

National Consumer Law Center has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

National Consumer Law Center is directed to file an appearance form within

three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk