FILED: October 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1537
(1:20-cv-01094-BAH)

---

DEBORAH BRADLEY, on behalf of herself and all others similarly situated

Plaintiff - Appellant

v.

DENTALPLANS.COM; CIGNA HEALTH AND LIFE INSURANCE COMPANY

Defendants - Appellees

------------------------------

NATIONAL CONSUMER LAW CENTER

Amicus Supporting Appellant

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk